# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**CHRISTOPHER SEAN WARREN**                                                             **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 1:14CV34-SA-DAS**

**CITY OF BOONEVILLE, MISSISSIPPI,**
**ET AL.**                                                          **DEFENDANT**

## ORDER GRANTING STAY OF PROCEEDINGS

THIS DAY, this cause came on to be heard, and was heard, on motion of the Defendants City of Booneville, Mississippi, Steve Bingham, Greg Mitchell, and Michael Ramey ("Municipal Defendants"), to stay the instant case until the resolution of Plaintiff's state criminal proceedings, and it appears to the Court that said motion is well taken and should be, and is, hereby granted.

IT IS, THEREFORE, ORDERED that the proceedings in this matter are hereby stayed pending the resolution of Plaintiff's criminal proceedings.

SO ORDERED AND ADJUDGED, this the 1st day of July, 2014.

                                                               /s/ Sharion Aycock
                                                               UNITED STATES DISTRICT JUDGE

AGREED TO:

*/s/ R. Michael Bolen*
R. Michael Bolen
Attorney for Plaintiff

*/s/ Krissy C. Nobile*
Krissy C. Nobile (MSB #103577)
Gary E. Friedman (MSB #5532)
Phelps Dunbar, LLP
Attorneys for Defendants